LOUIS HAND, Appellant, *v.* THE NEW YORK CENTRAL RAILROAD COMPANY, Respondent.

Supreme Court, Appellate Term, First Department, April 13, 1927.

Carriers — injuries to persons — plaintiff was drenched with water on defendant's ferryboat and suffered from effects thereof — plaintiff made out prima facie case of negligence.

Plaintiff who showed that while a passenger on defendant's ferryboat he was drenched with water from a hose used thereon and was laid up for two weeks thereafter, established a *prima facie* case of negligence and a judgment which dismissed his complaint must be reversed.

APPEAL by plaintiff from judgment of the Municipal Court, Borough of Manhattan, Third District, dismissing complaint.

*Harry Kirshbaum*, for the appellant.

*Alex. S. Lyman* [*Lawrence R. Walton* of counsel], for the respondent.

PER CURIAM. Plaintiff testified that while a passenger on defendant's ferryboat he was drenched with water from a hose used on the boat to fill the boiler; that as a result he felt chills and the next morning got a doctor and was laid up for two weeks. Plaintiff evidently made out a *prima facie* case of negligence on the part of the defendant and sufficient *prima facie* proof of damage. The judgment should, therefore, be reversed and a new trial granted, with thirty dollars costs to appellant to abide the event.

All concur; present, BIJUR, LYDON and LEVY, JJ.